■ In the Matter of LAWRENCE A. WIEN et al., as Joint Venturers Associated Under the Name of Empire State Building Company, et al., Appellants, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Orders entered on December 27, 1968 and January 2, 1969, unanimously affirmed with one bill of $30 costs and disbursements to the respondent. The appeal from the short form order entered on January 2, 1969, dismissed as moot. No opinion. Concur — Eager, J. P., Tilzer, Markewich, McNally and Steuer, JJ.

■ In the Matter of ROBERT L. ANDREWS, Petitioner, v. XAVIER C. RICCOBONO, as a Justice of the Supreme Court of the State of New York, Respondent. — Cross motion to dismiss the petition granted, and the application dismissed on the ground of legal insufficiency, without costs or disbursements. No opinion. Concur — Stevens, P. J., Eager, Capozzoli, Nunez and McNally, JJ.

■ DENMARK CHEESE ASSOCIATION, Appellant, v. HAZARD ADVERTISING COMPANY, INC., Respondent.— Order entered March 27, 1969, unanimously modified, on the law so as to confirm the report of the Special Referee in its entirety and deny defendant's motion to dismiss the complaint as amended, with $50 costs and disbursements to appellant. Defendant moved to dismiss the complaint for plaintiff's failure to file a certificate of designation pursuant to the General Associations Law. Special Term directed a reference to hear and report, inter alia, whether plaintiff was required to file such certificate pursuant to section 18 of said law. On the record before us we agree with the Referee's findings that plaintiff issues no shares or certificates representing shares and that it does not operate for profit. Plaintiff is neither a "joint stock association" nor a "business trust" as defined in subdivisions 1 and 2 of section 2 of the General Associations Law and defendant's motion to dismiss the complaint should have been denied. Concur — Capozzoli, J. P., Tilzer, McGivern, Markewich and Nunez, JJ.